IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00013-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE TRIAL |
| | ) | |
| v. | ) | |
| | ) | DATE:  August 12, 2021 |
| RENE M. PATTERSON, | ) | TIME:   10:00 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:21-po-00013-CKD is GRANTED.

It is further ordered that the bench trial scheduled on August 12, 2021 is vacated.

IT IS SO ORDERED.

Dated:  August 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE TRIAL          1                    U.S. v. RENE M. PATTERSON